IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL SULLIVAN,

    Plaintiff,

v.                          Case No. 1:15cv99-MW/GRJ

DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims against the Department of Veterans Affairs are **DISMISSED without prejudice** for Plaintiff's failure to timely serve the Defendant pursuant to Fed. R. Civ. P. 4(m)." The Clerk shall close the file.

**SO ORDERED on December 2, 2015.**

                                          **s/Mark E. Walker             **
                                          **United States District Judge**